UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. BRUZZONE, | No. 2:22-mc-0045 MCE DB PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| INTEL CORPORATION, | |
| Defendant. | |

Plaintiff Michael Bruzzone is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Pending before the court are plaintiff's complaint, motion to seal, and motion to proceed in forma pauperis. (ECF Nos. 1, 2, & 4.) On January 11, 2022, the Court entered a pre-filing order in the matter of Michael A. Bruzzone v. Intel Corporation, No. 2:21-cv-1539 TLN CKD. Pursuant to that order the undersigned is to determine if this action "constitutes *pro se* litigation by Plaintiff against Intel," and "if so, then . . . dismiss the action without comment pursuant to" the pre-filing order. (Id. at 2.)

Here, plaintiff is proceeding pro se and the complaint names as the defendant the Intel Corporation. (ECF No. 1 at 1.) As such, this matter constitutes pro se litigation by plaintiff against Intel. The undersigned, therefore, will recommend that this matter be dismissed without further comment pursuant to the pre-filing order.

1

## CONCLUSION

Accordingly, for the reasons stated above, IT IS HEREBY RECOMMENDED that:

1. Plaintiff's February 2, 2022 motion to seal (ECF No. 2) be denied;

2. Plaintiff's February 2, 2022 motion to proceed in forma pauperis (ECF No. 4) be denied;

3. this action be dismissed.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court. A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may, under certain circumstances, waive the right to appeal the District Court's order. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 3, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/bruzzone0865.mtd.f&rs