UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. BRUZZONE, | No. 2:22-mc-00045 MCE DB PS |
| Plaintiff, | |
| v. | ORDER |
| INTEL CORPORATION, | |
| Defendant. | |

  Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

  On May 4, 2022, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections thereto were to be filed within fourteen (14) days after service of the findings and recommendations. ECF No. 8. Plaintiff has filed objections to the findings and recommendations. ECF Nos. 9, 10.

  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

  1. The findings and recommendations filed May 4, 2022 (ECF No. 8), are ADOPTED in full;

  2. Plaintiff's February 2, 2022, motion to seal (ECF No. 2) is DENIED;

1

3.  Plaintiff's February 2, 2022, motion to proceed in forma pauperis (ECF No. 4) is DENIED; and

4.  This action is DISMISSED in its entirety; and

5.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: September 21, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE