UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL A. BRUZZONE – VEXATIOUS LITIGANT, | No. 2:22-mc-00045-MCE-DB (PS) |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| INTEL CORPORATION, | |
| Defendant. | |

Presently before the Court is Plaintiff's second Motion for Reconsideration filed in response to the dismissal of this case pursuant to the pre-filing order. See ECF Nos. 14, 15 (citing Fed. R. Civ. P. 60(b)(3)).  Whether Plaintiff seeks reconsideration of the dismissal itself or the order denying the first Motion for Reconsideration, there is no basis for this Court to reconsider its orders.  Accordingly, Plaintiff's Motion for Reconsideration, ECF No. 15, is DENIED.  This Court will not consider any further motions in this case, including motions for reconsideration, and any further filings will be disregarded.  This case remains closed.

IT IS SO ORDERED.

Dated: November 8, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1